[No. 10062–9–I.  Division One.  April 27, 1983.]

BRYANT NORRIS, *Respondent,* v. JOHN H. SCHLOREDT,
ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 80–2–11251–1, James J. Dore, J., entered February 18, 1981. *Reversed* and *remanded* by unpublished opinion per Durham, A.C.J., concurred in by Swanson and Scholfield, JJ.

[No. 5691–7–II.  Division Two.  April 27, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN
A. NORMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Mason County, No. C–1030, Carol A. Fuller, J., entered June 2, 1981. *Reversed* by unpublished opinion per Reed, J., concurred in by Petrich, C.J., and Petrie, J.

[No. 5606–2–II.  Division Two.  April 27, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD
L. CHURCH, *Appellant.*

·· Appeal from a judgment of the Superior Court for Lewis County, No. 5294, David R. Draper, J., entered June 1, 1981. *Affirmed* by unpublished opinion per Reed, J., concurred in by Petrich, C.J., and Worswick, J.